O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRC & ASSOCIATES,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>NUSCIENCE CORPORATION; LUMINA HEALTH PRODUCTS, INC., and DOES 1-20, inclusive<br><br>    Defendants/Counterclaimants. | Case No. 2:13-cv-6903-ODW(CWx)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE. SUBJECT-MATTER AND SUPPLEMENTAL JURISDICTION OVER LUMINA HEALTH'S COUNTERCLAIM AND THIRD PARTY COMPLAINT [81]** |
| NUSCIENCE CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>JOHN CLARK; DAVID MCKINNEY; and STEPHEN E. ABRAHAM<br><br>    Third-Party Defendants . | |
| LUMINA HEALTH PRODUCTS, INC.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>JOHN CLARK<br><br>    Third-Party Defendants. | |

On December 19, 2013, the Court ordered Defendants NuScience Corporation and Lumina Health Products, Inc. to show cause why the Counterclaims and Third-Party Complaints filed in this action should not be dismissed for lack of jurisdiction. (ECF No. 81.)  Lumina responded to the Order on December 23, 2013, indicating that it believes there is a legal basis for jurisdiction over the counterclaims, but that the Third-Party Complaint would be withdrawn.  (ECF No. 82, Ex. A.)  Based on Lumina's representations, the Court hereby **DISCHARGES** the Order to Show Cause **as it relates to Lumina**.[1]  (ECF No. 81.)  The Court expects a voluntary dismissal of the Third-Party Complaint against John Clark to be filed within 14 days.  (ECF No. 74.)  Lumina's counterclaims are subject to regular motion practice.

**IT IS SO ORDERED.**

January 2, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

---

[1] The Court is still evaluating NuScience's response to the Order to Show Cause and a separate order will issue.

2