RUTAN & TUCKER, LLP
Layne H. Melzer (State Bar No. 132292)
lmelzer@rutan.com
Karen E. Walter (State Bar No. 186934)
kwalter@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

GIBBONS P.C.
Michael R. McDonald (*pro hac vice*)
mmcdonald@gibbonslaw.com
Jennifer Marino Thibodaux (*pro hac vice*)
Jthibodaux@gibbonslaw.com
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: 973-596-4827
Facsimile: 973-639-6295

Attorneys for Defendant/
Counterclaim Plaintiff
Lumina Health Products, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRC & ASSOCIATES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NUSCIENCE CORPORATION, a California corporation; LUMINA HEALTH PRODUCTS, INC., a Florida corporation; and DOES 1-20, inclusive,<br><br>Defendants.<br><br>LUMINA HEALTH PRODUCTS, INC., a Florida corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>TRC & ASSOCIATES, INC., a Nevada corporation,,<br><br>Third Party Defendant. | Case No. CV13-06903-ODW (CWx)<br><br>Hon. Otis D. Wright, II<br>Courtroom 11<br><br>**ORDER DISMISSING CASE**<br><br>Date Action Filed: September 18, 2013 |

Rutan & Tucker, LLP
attorneys at law

528/031178-0001
7816709.1 a12/09/14

Case No. CV13-06903-ODW (CWx)
[PROPOSED] ORDER

1  IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the
2  entire case is dismissed with prejudice. Each party shall bear their own costs and
3  expenses.

4

5  IT IS SO ORDERED.

6

7  Dated: December 10, 2014

    _____
    Hon. Otis D. Wright, II
8   United States District Judge

Rutan & Tucker, LLP
attorneys at law

528/031178-0001
7816709.1 a12/09/14

-1-

Case No. CV13-06903-ODW (CWx)
[PROPOSED] ORDER